IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ronald Cuthbertson, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:11cv582 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 5, 2012 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 23, 2012, hereby ADOPTS said Report and Recommendation.

Plaintiff has failed to demonstrate any error by the ALJ. Since the Commissioner's determination is supported by substantial evidence in the administrative record, the decision of the Commissioner to deny plaintiff Disability Insurance Benefits is **AFFIRMED** and plaintiff's construed alternative request for a sentence six remand is **DENIED.**

This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court